THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DEREK ABBOTT, | CASE NO. C23-1576-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| TRANSGROUP EXPRESS, LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline to complete discovery (**Dkt. No. 15**). Finding good cause, the Court continues trial to **March 24, 2025**, [1] and establishes the following revised case management schedule:

| Event | Date/Deadline |
|---|---|
| Discovery Cutoff | November 25, 2024 |
| Mediation | December 9, 2024 |
| Filing Dispositive Motions | December 20, 2024 |

---

[1] A later discovery deadline requires later subsequent deadlines for case management purposes.

MINUTE ORDER
C23-1576-JCC
PAGE - 1

| Pretrial Order and Motions *in Limine* | March 14, 2025 |
| --- | --- |
| Proposed Verdict Forms, voir dire and Jury Instructions | March 17, 2025 |
| Trial Briefs | March 20, 2025 |
| Jury Trial | March 24, 2025 |

DATED this 22nd day of August 2024.

Ravi Subramanian  
Clerk of Court

s/Kathleen Albert  
Deputy Clerk
